AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP - 4 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. DR:18-8142m-01 |
| LEIVIN PINEDA | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LEIVIN PINEDA ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section(s) 111 (b) - Assaulting, resisting, or impeding certain officers or employees with a deadly or dangerous weapon

Date:   09/04/2018

*Issuing officer's signature*

**Victor Roberto Garcia**
**U.S. Magistrate Judge**

City and state:   Del Rio, Texas

### Return

| This warrant was received on *(date)* 9-4-18 , and the person was arrested on *(date)* 9-2-18 at *(city and state)* Eagle Pass, TX . |
|---|
| Date: 9-4-18 |

*Arresting officer's signature*

Eladio Castillo, SA FBI
*Printed name and title*